IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------- x
In re:                                         :    Chapter 11
                                               :
Barzel Industries Inc., et al.,                :    Case No. 09-13204 (CSS)
                                               :
                    Debtors.                   :    Joint Administration Requested
---------------------------------------------- x

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE* OF ANDREW P. DENATALE PURSUANT TO DEL. BANKR. L.R. 9010-1

1.  Lee E. Kaufman, a member in good standing of the Bar of the State of Delaware, admitted to practice before the United States District Court for the District of Delaware, moves, pursuant to Local Rule 9010-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), the admission *pro hac vice* of Andrew P. DeNatale (the "Admittee") of Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, New York 10038, to represent the Debtors' DIP Agent, DIP Lenders, Prepetition Agent, Prepetition Lenders and Prepetition Noteholders.

The Admittee is a member in good standing of the Bar of the State of New York, and is admitted to practice law in all state courts of the State of New York, the United States District Court for the Southern, Northern and Eastern Districts of New York, the United States Court of Appeals for the Second Circuit, and the United States Supreme Court.

Dated: September 15, 2009
Wilmington, Delaware

Respectfully submitted,

/s/ *signature*

Mark D. Collins (No. 2981)
Lee E. Kaufman (No. 4877)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

*Attorneys for the Debtors' DIP Agent, DIP Lenders, Prepetition Agent, Prepetition Lenders and Prepetition Noteholders.*

2. Pursuant to Local Rule 9010-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, the Admittee certifies that he is eligible for admission to this Court, is admitted to practice and in good standing in the jurisdictions shown in paragraph 1 above, submits to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course of, or in the preparation of, these cases as provided in Local Rule 9010-1, and has access to, or has acquired, a copy of the Local Rules and is generally familiar with them. In accordance with Standing Order for the District Court Fund effective January 1, 2005, the Admittee further certifies that the annual fee of $25.00 has been paid to the Clerk's Office of the District Court prior to the filing of this motion.

_____
Andrew P. DeNatale
STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, New York 10038
Telephone: (212) 806-5400
Facsimile: (212) 806-6006

3. Motion granted.

Dated: September ___, 2009
Wilmington, Delaware

_____
THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE