**UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| Barzel Industries, Inc., *et al.* | : | Case No. 09-13204 (CSS) |
| | : | |
| | : | NOTICE OF APPOINTMENT OF |
| | : | COMMITTEE OF UNSECURED |
| Debtors. | : | CREDITORS |

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned case:

1. **Severstal Sparrows Point LLC**, Attn: Dawn A. Hlavaty, 14661 Rotunda, Dearborn, MI 48121, Phone: 313-310-6374, Fax: 313-337-9362

2. **Northstar Bluescope Steel**, Attn: Joesph Budion, 6767 County Road #9, Delta, OH 43560 Phone: 419-822-2205, Fax: 419-822-2276

3. **Ansonia Copper & Brass, Inc.**, Attn: Stephen Turner, 725 Bank Street, Waterbury, CT 06708, Phone: 203-755-6057 x 107, Fax, 203-756-1330

ROBERTA A. DEANGELIS
Acting United States Trustee, Region 3

 /s/ Mark S. Kenney, for
WILLIAM K. HARRINGTON
ASSISTANT UNITED STATES TRUSTEE

DATED: September 30, 2009

Attorney assigned to this Case: Mark S. Kenney, Esquire, Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: Norman Pernick, Esquire, Phone: (302) 652-3131, Fax: (302) 652-3117