# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Barzel Industries Inc., *et al.*,[1] | ) | Case No. 09-13204 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF DOCUMENTS PURSUANT TO FED. R. BANKR. P. 2002

**PLEASE TAKE NOTICE** that the Official Committee of Unsecured Creditors hereby appears in the above-captioned case pursuant to 11 U.S.C. § 1109(b) and requests pursuant to Federal Rules of Bankruptcy Procedure 2002, 3017, 9007, and 9010, that copies of all notice and pleadings given or filed in the above-captioned cases be given and served upon the persons listed below at the following address:

> Sean D. Malloy
> Scott N. Opincar
> Michael J. Kaczka
> McDonald Hopkins LLC
> 600 Superior Avenue, East
> Suite 2100
> Cleveland, Ohio 44114
> Phone: (216) 348-5400
> Fax: (216) 348-5474
> E-mail: smalloy@mcdonaldhopkins.com
> sopincar@mcdonaldhopkins.com
> mkaczka@mcdonaldhopkins.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether

---

[1] The Debtors in these chapter 11 cases, along with the last four (4) digits of each Debtor's federal tax identification number are: Barzel Industries Inc. (0836), Barzel Holdings Inc. (1107), Barzel Finco Inc. (1010), Barzel Industries U.S. Inc. (6382), American Steel and Aluminum Corporation (2435), Nova Tube and Steel, Inc. (1790), Novamerican Tube Holdings, Inc. (3740) and Nova Tube Indiana, LLC (8275).

{1872998:}

formal or informal, written or oral and whether transmitted or conveyed by mail, e-mail, facsimile, telephone, telegraph, telex, or otherwise filed or made with regard to the captioned case and proceedings therein.

Dated: October 1, 2009 McDONALD HOPKINS LLC

/s/ Sean D. Malloy
Sean D. Malloy (OH-0073157)
Scott N. Opincar (OH-0064027)
Michael J. Kaczka (OH-0076548)
MCDONALD HOPKINS LLC
600 Superior Avenue, East
Suite 2100
Cleveland, Ohio 44114
Phone: (216) 348-5400
Fax: (216) 348-5474
E-mail: sopincar@mcdonaldhopkins.com
smalloy@mcdonaldhopkins.com
mkaczka@mcdonaldhopkins.com

PROPOSED COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS