IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Barzel Industries Inc., et al., | Case No. 09-13204 (CSS) |
| Debtors.[1] | (Jointly Administered) |
| | Related Docket Number: 44 |

**ORDER GRANTING DEBTORS' MOTION FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. § 107(b), FED. R. BANKR. P. 9018, AND DEL. BANKR. L. R. 9018-1(B), AUTHORIZING THE FILING UNDER SEAL OF THE UNREDACTED LISTS OF THE DEBTORS' CURRENT EMPLOYEES, ATTACHED AS SCHEDULES 4.14(b), 8.4(i) AND 8.4(ii) TO ASSET PURCHASE AGREEMENT IN CONNECTION WITH THE DEBTORS' MOTION FOR (I) ORDER (A) APPROVING SALE PROCEDURES AND BUYER PROTECTIONS IN CONNECTION WITH THE SALE OF SUBSTANTIALLY ALL OF THE DEBTORS' ASSETS PURSUANT TO SECTIONS 363 AND 365 OF THE BANKRUPTCY CODE; (B) SCHEDULING AN AUCTION AND HEARING TO CONSIDER APPROVAL OF THE SALE; AND (C) APPROVING NOTICE OF RESPECTIVE DATE, TIME AND PLACE FOR AUCTION AND FOR HEARING ON APPROVAL OF THE SALE AND THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES; AND (II) ORDER AUTHORIZING (A) THE SALE OF SUBSTANTIALLY ALL OF THE DEBTORS' ASSETS FREE AND CLEAR OF LIENS, CLAIMS AND ENCUMBRANCES; AND (B) ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

Upon the Motion (the "Seal Motion")[2] of Barzel Industries, Inc. ("BII") and its U.S.-affiliated debtors and debtors-in-possession in the above-captioned bankruptcy cases (collectively, the "Debtors"), for entry of an order, pursuant to section 107(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 9018 of the Federal Rules of Bankruptcy

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Barzel Industries Inc. (0836), Barzel Holdings Inc. (1107), Barzel Finco Inc. (1010), Barzel Industries U.S. Inc. (6382), American Steel and Aluminum Corporation (2435), Nova Tube and Steel, Inc. (1790), Novamerican Tube Holdings, Inc. (3740) and Nova Tube Indiana, LLC (8275).

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Seal Motion.

Procedure (the "Bankruptcy Rules") and Rule 9018-1(b) of the Local Rules of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), authorizing the Debtors to file under seal the unredacted lists of the Debtors' current employees (the "Employee Lists"), attached as Schedules 4.14(b), 8.4(i), and 8.4(ii) to the Asset Purchase Agreement in connection with the Debtors' Motion for (i) Order (a) Approving Sale Procedures and Buyer Protections in Connection with the Sale of Substantially All of the Debtors' Assets Pursuant to Sections 363 and 365 of the Bankruptcy Code; (b) Scheduling an Auction and Hearing to Consider Approval of the Sale; and (c) Approving Notice of Respective Date, Time and Place for Auction and for Hearing on Approval of the Sale and the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (ii) Order Authorizing (a) the Sale of Substantially All of the Debtors' Assets Free and Clear of Liens, Claims and Encumbrances; and (b) Assumption and Assignment of Certain Executory Contracts and Unexpired Leases (the "Sale Motion"); and upon consideration of the Motion and all pleadings related thereto, including the Narwold Declaration; and the Court having jurisdiction to consider the Seal Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and due and sufficient notice of the Seal Motion having been given; and after due deliberation and sufficient cause appearing for the relief requested in the Seal Motion, and upon the record herein; and good and sufficient cause appearing therefor; it is hereby

ORDERED THAT:

1. The Seal Motion is granted.

2. The unredacted Employee Lists shall be filed under seal pursuant to 11 U.S.C. § 107(b), Fed. R. Bankr. P. 9018, and Del. Bankr. L. R. 9018-1(b).

47658/0001-5976090v5

3. The Debtors shall provide copies of the Employee Lists to counsel for the United States Trustee and, upon its appointment, counsel for the Committee

4. Responses and/or objections, if any, to the Sale Motion that contain or reference any of the confidential information sealed pursuant to this Order shall be filed with the Court under seal and served solely upon counsel for the Debtors, the United States Trustee, and the Committee, or with any confidential information contained therein redacted.

5. The Employee Lists shall remain under seal and confidential and shall not be made available to anyone other than the Court.

6. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: October 6, 2009
Wilmington, Delaware

The Honorable Christopher S. Sontchi
United States Bankruptcy Judge

3