# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BARZEL INDUSTRIES INC., et al.,[1] | Case No. 09-13204 (CSS) |
| Debtors. | Jointly Administered |
| | **Re Docket No. 352** |

### ORDER EXTENDING THE TIME PERIOD DURING WHICH THE DEBTORS HAVE THE EXCLUSIVE RIGHT TO FILE A PLAN AND SOLICIT ACCEPTANCES THERETO

Upon the motion (the "Motion"), of the above-captioned debtors and debtors in possession (the "Debtors") seeking entry of an order, pursuant to section 1121(d) of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), extending the Exclusive Periods[2] in which to file a chapter 11 plan and to solicit acceptances thereof; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334 and this being a "core" matter pursuant to 28 U.S.C. § 157(b); and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and upon review of the Motion and the record herein; and after due deliberation thereon; and the Court having determined that the relief requested in the Motion is in the best interests of the Debtors, their estates, creditors and other parties in interest; and good and sufficient cause appearing,

### IT IS HEREBY ORDERED THAT:

1.      The Motion is GRANTED.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Barzel Industries Inc. (0836), Barzel Holdings Inc. (1107), Barzel Finco Inc. (1010), Barzel Industries U.S. Inc. (6382), American Steel and Aluminum Corporation (2435), Nova Tube and Steel, Inc. (1790), Novamerican Tube Holdings, Inc. (3740) and Nova Tube Indiana, LLC (8275).

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

2.      The Debtors' Exclusive Filing Period is extended through and including April 13, 2010.

3.      The Debtors' Exclusive Solicitation Period is extended through and including June 11, 2010.

4.      This Order is without prejudice to (i) the Debtors' rights to seek additional extensions of the Exclusive Filing Period and the Exclusive Solicitation Period and (ii) the right of any party in interest to object to any such further extensions.

5.      The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

Dated: January 28, 2010

THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

47658/0001-6240858v3